MICHAEL A. BUCCIERI *v.* PACIFIC PLUMBING
SUPPLY COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 16433) is denied.

*Christopher T. Goulden,* in support of the petition.

*William C. Brown,* in opposition.

Decided January 23, 1997

STATE OF CONNECTICUT *v.* ANTHONY ODEN

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 480 (AC 15419), is denied.

*Frank P. Cannatelli,* in support of the petition.

*Denise B. Smoker,* deputy assistant state's attorney, in opposition.

Decided January 23, 1997

TERRY BUSHY ET AL. *v.* GEORGE E.
FORSTER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 43 Conn. App. 578 (AC 12729), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the trial court abused its discretion in not commenting on the evidence in its charge to the jury?"

The Supreme Court docket number is SC 15604.

*Anthony J. Pantuso III,* in support of the petition.

*Herbert Watstein,* in opposition.

Decided January 23, 1997